UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS J. CALHOUN,
a/k/a John A. Orr,

    Plaintiff,

v.                                      CASE NO. 6:04-cv-106-Orl-31DAB

VOLUSIA COUNTY, et al.,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion to Compel Discovery from Defendants Halifax Medical Center and Smythe regarding interrogatories and admissions requested by Plaintiff on February 13, 2007 (Doc. No. 98, filed March 5, 2007). Defendants responded to the discovery by objecting on timeliness grounds. After a review of the documents, it is

**ORDERED:**

1. Defendants' timeliness objections are overruled. Defendants shall have **FIFTEEN (15) DAYS** from the date of this Order to file amended responses to the discovery requests.

2. Plaintiff's Motion to Compel (Doc. No. 98) is **GRANTED** without prejudice to Defendants' right to raise substantive objections to the discovery requests.

**DONE AND ORDERED** at Orlando, Florida this 7th day of March, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 3/7
Thomas J. Calhoun, a/k/a John A. Orr
Counsel of Record