# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN A. ORR,**

    **Plaintiff,**

-vs-                                                                           Case No. 6:04-cv-106-Orl-31DAB

**VOLUSIA COUNTY, et al,**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court without a hearing on the Motion for Reconsideration and/or Clarification (Doc. 105) filed by the Defendants, which the Court has opted to treat as an appeal, and on the Appeal (Doc. 109), filed by the Plaintiff, Thomas J. Calhoun a/k/a John A. Orr ("Orr") (Doc. 109). The subject of both appeals is an order (Doc. 103) (the "Order") entered by Magistrate Judge David A. Baker, granting in part and denying in part two motions to compel (Doc. 95, Doc. 96) filed by Orr. Upon consideration of the appeals, it is **ORDERED** that the Order is **AFFIRMED IN PART** as follows:

The objections to the Order contained in Defendants' Motion for Reconsideration (Doc. 105) are **OVERRULED**. The Plaintiff's objections to the limitation to documents relating to "emergency medical care" in sections 1(b), 1(e), and 1(g) of the Order are **SUSTAINED**. At least a portion of the Plaintiff's claim involves his treatment at the jail after his surgery, when it would appear that the emergency had passed. (Doc. 39 at 21-22). Accordingly, in complying with

sections 1(b), 1(e), and 1(g) of the Order, the Defendants shall provide all pertinent documents that relate to the provision of "medical care," rather than the provision of "emergency medical care." In all other respects, the objections are **OVERRULED** and the Order is **AFFIRMED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 14, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party