**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN A. ORR,

      Plaintiff,

-vs-                                                    Case No. 6:04-cv-106-Orl-31DAB

VOLUSIA COUNTY, et al,

      Defendants.

_____/

## ORDER

This matter comes before the Court without a hearing on the Motion for Order to Clerk to Copy and Distribute Plaintiff's Traverse to Defendants' Response (Doc. 149). For the duration of the lockdown of the Plaintiff's facility, he is hereby relieved of the obligation to mail copies of his filings to opposing counsel, who can utilize the Court's CM/ECF system instead. As such, there is no need to order the Clerk to mail copies on Plaintiff's behalf, and the motion (Doc. 149) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 29, 2007.

                                                                     GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party