# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS J. CALHOUN**
a/k/a John Arthur Orr

        **Plaintiff,**

-vs-                                          Case No. 6:04-cv-106-Orl-31DAB

**VOLUSIA COUNTY, et al,**
        **Defendants**
_____/

## ORDER

On October 31, 2007, Magistrate Judge Baker entered a Report and Recommendation (Doc. 157), recommending that Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* (Doc. 155) and the Motion for Appointment of Counsel on Appeal (Doc. 156) be **DENIED**. No objection has been filed to the Report. Upon consideration of the above, the Court concurs with the recommendation of the Magistrate Judge. The order of which the Plaintiff seeks review is non-appealable as not yet final, rendering moot the effort to secure counsel on appeal. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Court hereby **CERTIFIES** that the appeal is not taken in good faith for the reasons stated above;

3. The Motion for Leave to Appeal in Forma Pauperis (Doc. 155) is **DENIED**; and

4. The Motion for Appointment of Counsel on Appeal (Doc. 156) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 19, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party